# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOGENIX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEVAL PATRICK, in his official capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, | ) Civil Action No. _____ |
| | ) |
| and | ) |
| | ) |
| CHERYL BARTLETT, RN, in her official capacity as DEPARTMENT OF PUBLIC HEALTH COMMISSIONER, | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Zogenix, Inc. ("Zogenix") states that Federated Investment Management Company is the only publicly held corporation that owns 10% or more of the stock of Zogenix.

Dated: April 7, 2014

Respectfully submitted,

ZOGENIX, INC.

By its attorneys,

/s/ Kenneth J. Parsigian
Kenneth J. Parsigian (BBO # 550770)
Steven J. Pacini (BBO # 676132)
LATHAM & WATKINS LLP
John Hancock Tower, 20th Floor
200 Clarendon Street
Boston, MA 02116
Tel:  (617) 948-6000
Fax:  (617) 948-6001
kenneth.parsigian@lw.com
steven.pacini@lw.com

HOGAN LOVELLS US LLP

Steven P. Hollman (*pro hac vice* forthcoming)
Susan M. Cook (*pro hac vice* forthcoming)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5672 (Telephone)
(202) 637-5910 (Fax)
steven.hollman@hoganlovells.com
susan.cook@hoganlovells.com

*Attorneys for Plaintiff Zogenix, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be served by hand on the defendants at the following addresses on April 7, 2014:

      Massachusetts State House
      Office of the Governor
      Room 105
      Boston, MA 02133

      Massachusetts Department of Public Health
      250 Washington Street
      Boston, Massachusetts 02108

      Massachusetts Attorney General's Office
      One Ashburton Place
      Boston, MA 02108-1518

                                                /s/ Kenneth J. Parsigian