IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSSACHUSETTS

| | |
|---|---|
| ZOGENIX, INC., <br>         Plaintiff, <br><br>         v. <br><br> DEVAL PATRICK, in his official capacity as GOVERNOR OF MASSACHUSETTS, <br><br> CHERYL BARTLETT, RN, in her official capacity as DEPARTMENT OF PUBLIC HEALTH COMMISSIONER, <br><br> CANDACE LAPIDUS SLOANE, M.D., *et al.*, in their Official capacities as members of the MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE, <br><br> KAREN M. RYLE, MS, R.PH, *et al.*, in their official capacities as members of the MASSACHUSETTS BOARD OF REGISTRATION IN PHARMACY, and <br><br> DIPU PATEL-JUNANKAR, PA-C, *et al.*, in their official capacities as members of the MASSACHUSETTS BOARD OF REGISTRATION OF PHYSICIAN ASSISTANTS, <br>         Defendants. | Civil Action No. 1:14-cv-11689 |

**PLAINTIFF'S SUPPLEMENTAL SUBMISSION REGARDING THE ACTUAL EFFECTS OF THE GOVERNMENT'S REGULATIONS**

The parties devoted much attention during the briefing process to attempting to forecast the effects of the government's latest regulations relating to Zohydro™ ER. Now that the emergency regulations have been in effect for a full six weeks, the court no longer need anticipate the effect of the new regulations; the passage of time has provided the opportunity to measure the actual effects, and they are exactly as dire as Zogenix, Inc. ("Zogenix") had forecast in its briefing.

1

As noted in the attached Supplemental Declaration of Roger L. Hawley, only four (4) prescriptions for Zohydro™ ER have been filled in Massachusetts since the government regulations went into effect on May 22, 2014.  In contrast, more than 3,486 prescriptions of Zohydro™ ER have been filled throughout the rest of the country during that same time period.  There no longer need be any speculation about whether the government's conduct constitutes an effective ban: it does, and the results for Zogenix and the patient population in Massachusetts have been devastating.

In addition, it is worth noting that, to date, neither of the pharmacies run by the pharmacists who submitted affidavits supporting the government actually has stocked Zohydro™ ER, despite the statements made in the pharmacists' affidavits.

Dated: July 2, 2014                                Respectfully Submitted,

/s/  Steven P. Hollman

Kenneth J. Parsigian (BBO # 550770)
Steven J. Pacini (BBO # 676132)
LATHAM & WATKINS LLP
John Hancock Tower, 20th Floor
200 Clarendon Street
Boston, MA 02116
Tel:  (617) 948-6000
Fax:  (617) 948-6001
kenneth.parsigian@lw.com
steven.pacini@lw.com

HOGAN LOVELLS US LLP
Steven P. Hollman (*pro hac vice*)
Susan M. Cook (*pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5672 (Telephone)
(202) 637-5910 (Fax)
steven.hollman@hoganlovells.com
susan.cook@hoganlovells.com

*Attorneys for Plaintiff Zogenix, Inc.*

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system on the date set forth above and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Steven P. Hollman

\\DC - 040672/000004 - 5729838 v1