# EXHIBIT A



OFFICE OF THE GOVERNOR
COMMONWEALTH OF MASSACHUSETTS
STATE HOUSE • BOSTON, MA  02133
(617) 725-4000

**DEVAL L. PATRICK**
GOVERNOR

# GOVERNOR'S DECLARATION OF EMERGENCY

WHEREAS, as a result of the availability and use of cheap, highly potent heroin, at least 140 people have died from suspected heroin overdoses in the Commonwealth between November 2013 and February 2014 alone;

WHEREAS, as a result of the widespread abuse of other pharmaceutical opiates, the rate of unintentional opioid related overdose deaths has reached levels previously unseen in Massachusetts;

WHEREAS, powerful opiate medications with potential for abuse and overdose are being diverted for non-medical use;

WHEREAS, a majority of individuals receiving services from the Commonwealth's Bureau of Substance Abuse Services in fiscal year 2013 reported opiates as their primary or secondary drug of choice;

WHEREAS, as a result of the struggles of those battling addiction and their loved ones all over the Commonwealth, it is necessary for the Massachusetts Department of Public Health to take action immediately to address this public health emergency;

NOW, THEREFORE, I, Deval L. Patrick, the Governor of the Commonwealth of Massachusetts, pursuant to M.G.L. chapter 17, section 2A, declare that an emergency exists which is detrimental to the public health in the Commonwealth.

PRINTED ON RECYCLED PAPER

This proclamation of a public health emergency is effective immediately and shall remain in effect until notice is given, pursuant to my judgment that the public health emergency has terminated.

Given this 27th day of March in the year of our Lord two thousand and fourteen.

_____
DEVAL L. PATRICK
GOVERNOR
Commonwealth of Massachusetts