UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOGENIX, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>DEVAL PATRICK, in his official capacity as the GOVERNOR OF MASSACHUSETTS,<br><br>CHERYL BARTLETT, RN, in her official capacity as DEPARTMENT OF PUBLIC HEALTH COMMISSIONER,<br><br>CANDACE LAPIDUS SLOANE, M.D., et al., in their official capacities as members of the MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE,<br><br>KAREN M. RYLE, MS, R.PH, et al., in their official capacities as members of the MASSACHUSETTS BOARD OF REGISTRATION IN PHARMACY, and<br><br>DIPU PATEL-JUNANKAR, PA-C, et al., in their official capacities as members of the MASSACHUSETTS BOARD OF REGISTRATION OF PHYSICIAN ASSISTANTS,<br><br>                              Defendants. | CIVIL ACTION<br>No. 1:14-cv-11689-RWZ |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED THIRD AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendants hereby move to dismiss Plaintiff's Verified Third Amended Complaint in its entirety. Plaintiff's claims are moot to the extent they challenge an order and emergency regulations of the Defendants that are no longer in effect, and the Court therefore lacks jurisdiction to hear those challenges. Plaintiff's allegations otherwise fail to state claims upon which relief may be granted.

1

In support of this motion Defendants rely on the arguments contained in their separate memorandum being filed herewith.

Respectfully submitted,

DEFENDANTS

By their counsel,

MARTHA COAKLEY
ATTORNEY GENERAL


 /s/ Jo Ann Shotwell Kaplan
Jo Ann Shotwell Kaplan (BBO #459800)
Eric Gold (BBO #660393)
Anne McLaughlin (BBO #666081)
Julia Kobick (BBO #680194)
Assistant Attorneys General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2085; fax: (617) 727-5785
JoAnn.Kaplan@state.ma.us

October 10, 2014

### Certificate of Service

The undersigned counsel hereby certifies, this 10th day of October 2014, that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to any non-registered parties so indicated on the NEF.

 /s/ Jo Ann Shotwell Kaplan
Jo Ann Shotwell Kaplan

### Local Rule 7.1 Certification

Plaintiff has indicated that it will oppose this dispositive motion.

 /s/ Jo Ann Shotwell Kaplan
Jo Ann Shotwell Kaplan

2